```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 06 B 14653
   DAVID PERCY
   JUANITA SMITH PERCY                            CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-1116    SSN XXX-XX-0712

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/09/2006 and was confirmed 06/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/07/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG         .00             .00            .00
CHASE HOME FINANCE       NOTICE ONLY     NOT FILED             .00            .00
CHASE                    NOTICE ONLY     NOT FILED             .00            .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE      2179.82            .00         2179.82
COOK COUNTY TREASURER    SECURED               .00             .00            .00
VILLAGE OF BELLWOOD      SECURED             254.00            .00          225.00
INTERNAL REVENUE SERVICE PRIORITY           2842.22            .00            .00
AT&T                     UNSECURED          1062.97            .00            .00
AT & T                   NOTICE ONLY     NOT FILED             .00            .00
BEHROOZ ESHAGHY          UNSECURED       NOT FILED             .00            .00
CAPITAL ONE BANK         UNSECURED           733.85            .00            .00
CAPTAL ONE               NOTICE ONLY     NOT FILED             .00            .00
CAPITAL ONE              NOTICE ONLY     NOT FILED             .00            .00
CAPITAL ONE              NOTICE ONLY     NOT FILED             .00            .00
CAPITAL ONE              NOTICE ONLY     NOT FILED             .00            .00
CERTEGY PAYMENT RECOVERY UNSECURED       NOT FILED             .00            .00
CHARTER ONE BANK         UNSECURED       NOT FILED             .00            .00
CHARTER ONE BANK         NOTICE ONLY     NOT FILED             .00            .00
CITIZENS BANK            UNSECURED       NOT FILED             .00            .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED             .00            .00
DIABETES OSTEOPOROSIS OB UNSECURED       NOT FILED             .00            .00
DISH NETWORK             UNSECURED       NOT FILED             .00            .00
DISH NETWORK             NOTICE ONLY     NOT FILED             .00            .00
PREMIER BANCARD CHARTER  UNSECURED           451.73            .00            .00
FIRST PREMIER BANK       NOTICE ONLY     NOT FILED             .00            .00
FORTE COMMUNICATIONS     UNSECURED       NOT FILED             .00            .00
GOODYEAR                 UNSECURED       NOT FILED             .00            .00
GOODYEAR                 NOTICE ONLY     NOT FILED             .00            .00
GOODYEAR                 NOTICE ONLY     NOT FILED             .00            .00
HOUSEHOLD BANK           UNSECURED       NOT FILED             .00            .00
HOUSEHOLD BANK           NOTICE ONLY     NOT FILED             .00            .00
HOUSEHOLD BANK           NOTICE ONLY     NOT FILED             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 14653 DAVID PERCY & JUANITA SMITH PERCY
```

```
HOUSEHOLD BANK             NOTICE ONLY    NOT FILED               .00           .00
ECAST SETTLEMENT CORP      UNSECURED      10901.06                .00           .00
HOUSEHOLD FINANCE          NOTICE ONLY    NOT FILED               .00           .00
HOUSEHOLD FINANCE          NOTICE ONLY    NOT FILED               .00           .00
HFC                        NOTICE ONLY    NOT FILED               .00           .00
HOUSEHOLD FINANCE          NOTICE ONLY    NOT FILED               .00           .00
MAJESTIC STAR CASINO       UNSECURED      NOT FILED               .00           .00
MAJESTIC STAR CASINO       NOTICE ONLY    NOT FILED               .00           .00
NEPHROLOGY ASS OF N ILLI   UNSECURED      NOT FILED               .00           .00
NICOR GAS                  UNSECURED      NOT FILED               .00           .00
PROVIDIAN                  UNSECURED      NOT FILED               .00           .00
PROVIDIAN                  NOTICE ONLY    NOT FILED               .00           .00
PROVIDIAN                  NOTICE ONLY    NOT FILED               .00           .00
S S SHROFF MD              UNSECURED      NOT FILED               .00           .00
ASSET ACCEPTANCE LLC       UNSECURED        924.73                .00           .00
SBC                        NOTICE ONLY    NOT FILED               .00           .00
ASSET ACCEPTANCE LLC       UNSECURED        294.97                .00           .00
SPRINT PCS                 UNSECURED      NOT FILED               .00           .00
SPRINT                     NOTICE ONLY    NOT FILED               .00           .00
T-MOBILE USA               UNSECURED        348.25                .00           .00
TELECOM USA                UNSECURED      NOT FILED               .00           .00
B-LINE LLC                 UNSECURED       2510.20                .00           .00
UNION PLUS/NALC            NOTICE ONLY    NOT FILED               .00           .00
US CELLULAR                UNSECURED      NOT FILED               .00           .00
US CELLULAR                NOTICE ONLY    NOT FILED               .00           .00
VARTEC TELECOM             UNSECURED      NOT FILED               .00           .00
WEST SUBURBAN PROFESSION   UNSECURED      NOT FILED               .00           .00
DEUTSCHE BANK NATIONAL T   NOTICE ONLY    NOT FILED               .00           .00
ASSET ACCEPTANCE LLC       UNSECURED        379.32                .00           .00
DIRECT LOANS BANKRUPTCY    UNSECURED      NOT FILED               .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        202.21                .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED        607.46                .00           .00
ECAST SETTLEMENT CORP      UNSECURED           .00                .00           .00
CHASE HOME FINANCE LLC     NOTICE ONLY    NOT FILED               .00           .00
SBC                        NOTICE ONLY    NOT FILED               .00           .00
JOSEPH WROBEL              DEBTOR ATTY      593.00                          593.00
TOM VAUGHN                 TRUSTEE                                          222.18
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   3,220.00

PRIORITY                                              .00
SECURED                                          2,404.82
UNSECURED                                             .00
ADMINISTRATIVE                                     593.00
```

PAGE   2 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 14653 DAVID PERCY & JUANITA SMITH PERCY

```
TRUSTEE COMPENSATION                                              222.18
DEBTOR REFUND                                                        .00
                                          ----------------   ----------------
TOTALS                                           3,220.00           3,220.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                       /s/ Tom Vaughn
Dated: 02/27/08                        _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```